# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EVANS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>Defendant. | Case No.: 19-cv-01985-MMA (JLB)<br><br>**ORDER CONVERTING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCES TO TELEPHONIC CONFERENCES AND ISSUING UPDATED PROCEDURES** |

On February 12, 2020, the Court scheduled the Early Neutral Evaluation ("ENE") and Case Management Conferences ("CMC") in this matter for March 25, 2020, at 9:00AM. (ECF No. 12.) The Order required the personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the principal attorney(s) responsible for the litigation.[1] (*Id.* ¶ 2.) On March 17, 2020, Chief Judge Larry Alan Burns issued an Order in response to COVID-19 ("CJO #18")[2] which, among other

---

[1] On March 11, 2020, the Court excused the personal appearance of Defendant's party representative. (ECF No. 15.)

[2] CJO #18 is available on the Court website at https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2018.pdf.

things, suspended until April 16, 2020, the requirement under Civil Local Rule 16.1(a) that all ENEs be conducted in person. (CJO #18 ¶ 9.) Accordingly, the Court hereby **CONVERTS** the in-person ENE and CMC to **telephonic, counsel-only conferences**. To facilitate this modification, the Court hereby **ORDERS** as follows:

1. The principal attorneys responsible for the litigation must be **available by telephone** between the hours of **9:00AM** and **12:00PM** on **March 25, 2020**. The principal attorneys are responsible for ensuring that all parties, adjusters for insured defendants, and other party representatives having full settlement authority may be reached by telephone throughout this window of time should the need arise during the ENE.

2. The Court will hold the ENE and CMC on its chambers teleconference line. No later than **9:00AM**, on **March 25, 2020**, all participating counsel shall call 1-877-873-8018 and use access code 9930765 to join the conference.

3. All participants shall be prepared to devote their full attention to the ENE and CMC as if they were attending in person. Participants cannot be driving while speaking to the Court.

4. All dates, deadlines, procedures, and requirements set forth in the Court's Order Setting ENE and CMC (ECF No. 12) remain in place, except as explicitly modified by this Order.

Dated: March 19, 2020

Hon. Jill L. Burkhardt
United States Magistrate Judge