UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE JILL L. BURKHARDT TO MAGISTRATE JUDGE DANIEL E. BUTCHER** | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following cases are transferred from the calendar of the Honorable Jill L. Burkhardt, to the calendar of the Honorable Daniel E. Butcher, for all further proceedings. All **settlement conference dates** set before Judge Burkhardt, if any, shall be transferred to the calendar of Judge Butcher. All other dates and deadlines, if any, **remain unchanged**.

1. 19-cv-01985-MMA-JLB, *Evans v. Capital One Financial Corporation*
2. 19-cv-02195-H-JLB, *Torrey Pines Logic, Inc. v. Gunwerks, LLC*
3. 20-cv-00357-GPC-JLB, *Mendoza v. City of San Diego, et al.*
4. 20-cv-00573-L-JLB, *Rashid v. BMW of North America, LLC, et al.*
5. 20-cv-00694-BAS-JLB, *Pitt v. Metropolitan Tower Life Insurance Company*
6. 19-cv-00750-BAS-JLB, *Hoagland v. H&R Block, Inc., et al.*

7. 19-cv-01420-LAB-JLB, *(PC) Salcido v. Warden, et al.*

8. 20-cv-00556-H-JLB, *Kosaka v. Western Dental Services, Inc., et al.*

Dated: May 29, 2020

Hon. Jill L. Burkhardt
United States Magistrate Judge