# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EVANS, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>Defendant. | Case No.: 3: 19-cv-01985-MMA-JLB<br><br>**ORDER GRANTING UNOPPOSED REQUEST TO WITHDRAW**<br><br>[Doc. No. 28] |

Attorney Evangeline A. Dech requests to withdraw as counsel of record for Plaintiff. *See* Doc. No. 28. The request is unopposed to date. The Court, having reviewed the matter as stated above and finding good cause therefor, **GRANTS** the request. Accordingly, the Clerk of Court is instructed to terminate Evangeline A. Dech as attorney of record for Plaintiff.

**IT IS SO ORDERED.**

Dated: June 3, 2020

HON. MICHAEL M. ANELLO
United States District Judge