**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN EVANS, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>Defendant. | Case No. 3:19-cv-01985-MMA-DEB<br><br>**ORDER GRANTING FURTHER JOINT MOTION TO CONTINUE DEADLINE TO JOIN OTHER PARTIES, TO AMEND THE PLEADINGS, OR TO FILE ADDITIONAL PLEADINGS FROM JUNE 5, 2020 TO JUNE 19, 2020**<br>**[DOC. NO. 30]**<br><br>Complaint Filed: October 14, 2019<br>FAC Filed:         December 27, 2019<br>Trial Date:         TBA |

# **ORDER**

Pursuant to the Further Joint Motion filed by Plaintiff Justin Evans ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Capital One") on June 5, 2020, **IT IS HEREBY ORDERED** that the deadline to join other parties, to amend the pleadings, or to file additional pleadings is extended from June 5, 2020 to June 19, 2020.

DATE: June 5, 2020

_____
Hon. Daniel E. Butcher
United States Magistrate Judge

1

ORDER GRANTING FURTHER JOINT MOTION TO CONTINUE
DEADLINE TO JOINT PARTIES OR AMEND PLEADINGS     CASE NO. 3:19-CV-01985-MMA-DEB