UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EVANS, Individually and on behalf of others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>         Defendant. | Case No.:  19cv1985-MMA(DEB)<br><br>**ORDER GRANTING JOINT MOTION**<br><br>**[DKT. NO. 44]** |

  With good cause appearing, the parties' Joint Motion filed August 28, 2020, is GRANTED.  The deadline for Defendants to respond to the Second Amended Complaint, and all deadlines and Court events set forth in the Scheduling Order issued on March 26, 2020 are vacated.   A telephonic Status Conference will be held on **September 25, 2020**, at **9:30 a.m.**  Plaintiff's counsel is responsible for initiating the conference call and for calling Court's chambers at the scheduled time with all counsel on the line.

  **IT IS SO ORDERED.**

Dated:  September 1, 2020

                     _____
                     Honorable Daniel E. Butcher
                     United States Magistrate Judge