# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EVANS,<br><br>                                Plaintiff,<br>v.<br>TRANS UNION, LLC,<br><br>                                Defendant. | Case No.: 19-cv-1985-MMA (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 61] |

On January 5, 2021, Plaintiff Justin Evans and Defendant Trans Union, LLC ("Defendant") filed a joint motion to dismiss Plaintiff's individual claims against Defendant with prejudice and Plaintiff's class claims against Defendant without prejudice.  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** Plaintiff's individual claims against Defendant with prejudice and Plaintiff's class claims against Defendant without prejudice.  Each party shall bear their own costs and attorney's fees.  Further, the parties previously stipulated to the dismissal of Plaintiff's individual and class claims against Defendant Capital One Financial Corporation.  *See* Doc. No. 59; *see also* Doc. No. 56.  As such, there are no remaining claims and the Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

Dated:  January 5, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge